UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROSANNA CURCIO,

                           Plaintiff,

      -against-                                      22 **CIVIL** 1648 (VB)

                                                                 **JUDGMENT**

COUNTY OF PUTNAM JUDGE VICTOR
GROSSMAN; DONNA E. ABRAMS; LAURA
ROBERTS; COUNTY OF PUTNAM,

                         Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2022, this action is DISMISSED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered dismissing this case.

**Dated:** New York, New York
           March 14, 2022

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                                   **BY:**
                                                                     **Deputy Clerk**